pounds mony with costs of Court: The Defend<sup>t</sup> moving for a chancery, pleading that part of the Summe was paide (which. the plaint. owned) and declaring that hee doubted not but the whole was by this time paide  The Court referred the chancering thereof unto the next Court of this County.   [ 390 ]

### BRECK ag<sup>t</sup> EMMONS

John Breck plaint. ag<sup>t</sup> Obadiah Emmons Defend<sup>t</sup> in an action of debt for the non payment of Seven pounds in mony due by bill with all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> June. 13th 1676. . . . The Jury . . . founde for the plaintife Seven pounds mony according to bill & costs of Court Eighteen Shillings.

Execucion issued aug° 15. 1676.

### BENNET ag<sup>t</sup> HATHORN

Samuel Bennet plaintife ag<sup>t</sup> John Hathorn Defend<sup>t</sup>  The plaint. was non Suted upon non appearance.

### WAY ag<sup>t</sup> BICKNEL

Richard Way Attourny to m<sup>rs</sup> Elizabeth Freake administratrix to the Estate of her late husband m<sup>r</sup> John Freake dec<sup>d</sup> plaint. ag<sup>t</sup> John Bicknel Defend<sup>t</sup> in an action of the case for non payment of a debt of thirty four pounds five Shillings and nine pence due by booke and due interest with all other due damages according to attachm<sup>t</sup> Dat<sup>d</sup> July. 11th 1676. . . . The Jury . . . founde for the plaint. nineteen pounds nine Shillings nine pence damage & costs of Court.

### SMITH ag<sup>t</sup> ROSE

Joseph Smith of Hampton plaint. ag<sup>t</sup> Roger Rose Defend<sup>t</sup> in an action. of the case for not delivering of Six thousand foote of Merchantable pine boards to the s<sup>d</sup> Joseph Smith. or his order. at Boston. according to a writeing given under his hand at Exitor bearing date the 15th of april. 1676. by which the s<sup>d</sup> Joseph Smith is much damnified according to attachm<sup>t</sup> Dat<sup>d</sup> July 8th 1676. . . . The Jury . . . founde for the Defend<sup>t</sup> costs of Court. allowed nine Shillings & nine pence the debt not being actionable in this Court.

Execucion issued 15th 7<sup>br</sup> 1676.